FILED
25 JAN -2 AM 11: 15

Attachment 2 - EEOC Complaint Form

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
Austin          DIVISION

Dawnell Bates
1501 S. Heatherwilde Blvd. #822
Pflugerville, TX. 78660
(Name of plaintiff or plaintiffs)

Civil Action Number: 1:25CV00003 DII

v.

Louis De Joy

Postmaster General

U.S. Postal Service
(Name of defendant or defendants)

(Supplied by Clerk's Office)

## COMPLAINT

1. This action is brought by __Dawnell Bates__, Plaintiff, pursuant to the following selected jurisdiction:

**(Please select the applicable jurisdiction)**

[X] Title VII of the Civil Rights Act of 1964 (42 USC §§ 2000e et seq.) Employment Discrimination on the basis of race, color, sex (gender, pregnancy and sexual harassment), religion or national origin.

[ ] The Age Discrimination in Employment Act (29 USC §§ 621 et seq.) (**ADEA**).

[ ] The Americans With Disabilities Act (42 USC §§ 12102 et seq.) (**ADA**).

[ ] The Equal Pay Act (29 USC § 206(d)) (**EPA**).

[ ] The Rehabilitation Act of 1973 (29 USC §791 et seq.) (Applicable to federal employees only).

2. Defendant __Louis Dejoy__ (Defendant's name) lives at, or its business is located at _____ (street address), _____ (city), _____ (state), _____ (zip).

28

Rev. Ed. October 26, 2017

3a.   Plaintiff sought employment from the defendant or was employed by the defendant at _____(street address), _____(city), _____(state), _____(zip).

3b.   At all relevant times of claim of discrimination, Defendant employed _____ (#) employees. If defendant is a union, at all relevant times of claim of discrimination, Defendant had _____ (#) members.

4.   Defendant discriminated against plaintiff in the manner indicated in paragraph 8 of this complaint on or about _____(month) _____(day) ___ (year). If incidents of discrimination occurred more than one day, please indicate the beginning and ending dates of such acts:_____

5.   Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission (E.E.O.C.) charging defendant with the acts of discrimination indicated in paragraph 7 of this complaint on or about _____ (month) _____(day) _____(year). (Not applicable to federal civil service employees).

6a.   The E.E.O.C. issued a **Notice of Right to Sue** which was received by plaintiff on (month) October (day) 9, 2024 (year). (Not applicable to ADEA and EPA claims or federal civil service employees).

**VERY IMPORTANT NOTE:**   PLEASE ATTACH A COPY OF YOUR NOTICE OF RIGHT TO SUE AND THE ENVELOPE IN WHICH IT WAS RECEIVED TO THIS COMPLAINT.

6b.   Please indicate below if the E.E.O.C issued a **Determination** in your case:

[ ] Yes
[X] No

**VERY IMPORTANT NOTE:**   IF YOU CHECKED "YES", PLEASE ATTACH A COPY OF THE E.E.O.C.'S DETERMINATION TO THIS COMPLAINT

7.   Because of plaintiff's:

(Please select the applicable allegation(s))

[X] Race (If applicable, state race) African American

[X] Color (If applicable, state color) black

29

Rev. Ed. October 26, 2017

[ ]   Sex (gender, pregnancy or sexual harassment) (If applicable, state sex and claim)
[ ]   Religion (If applicable, state religion) _____

[ ]   National Origin (If applicable, state national origin) _____

[ ]   Age (If applicable, state date of birth) _____

[ ]   Disability (If applicable, state disability) _____

[ ]   Prior complaint of discrimination or opposition to acts of discrimination. (Retaliation) (If applicable, explain events of retaliation) _____

The defendant:   **(please select all that apply)**

[ ]   failed to employ plaintiff.

[ ]   terminated plaintiff's employment.

[ ]   failed to promote plaintiff.

[ ]   harassed plaintiff.

[ ]   other (specify) _____

8a.   State **specifically** the circumstances under which defendant, its agent, or employees discriminated against plaintiff **PERSONALLY**:

**VERY IMPORTANT NOTE:**   **INCLUDE SPECIFIC DATES, SPECIFIC EVENTS, AND ANY SPECIFIC COMMENTS MADE BY DEFENDANT PERTAINING TO THE DISCRIMINATION CLAIM ALLEGED ABOVE.**

*See attached*

8b.   List any **witnesses** who would testify for plaintiff to support plaintiff's allegations and the substance of their testimony:

*See attached*

8c.   List any **documentation** that would support plaintiff's allegations and explain what the documents will prove:

*See attached*

30

Rev. Ed. October 26, 2017

9. The above acts or omissions set forth in paragraphs 7 and 8 are:

   [X] still being committed by defendant.
   [ ] no longer being committed by defendant.

10. Plaintiff should attach to this complaint a copy of the charge filed with the Equal Employment Opportunity Commission. This charge is submitted as a brief statement of the facts supporting this complaint.

WHEREFORE, plaintiff prays that the Court grant the following relief to the plaintiff:

[ ] Defendant be directed to employ plaintiff.

[ ] Defendant be directed to re-employ plaintiff.

[ ] Defendant be directed to promote plaintiff.

[X] Defendant be directed to _provide a safe work environment_
and that the Court grant such other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

_12-30-24_
Date

_Dawnell Bates_
Signature of Plaintiff

_1501 S. Heatherwilde blvd #822_
Address of Plaintiff

_Pflugerville_,  _TX_   _78660_
City              State           Zip Code

Telephone Number(s)
_512-621-9086_

31

Rev. Ed. October 26, 2017